No. 775. ORLANDO *v.* ROBINSON, DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE. C. A. 7th Cir. Certiorari denied. *Anna R. Lavin* for petitioner. *Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *Carl H. Imlay* for respondent.

No. 466, Misc. PERRONI *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied. Petitioner *pro se. Latham Castle,* Attorney General of Illinois, for respondent.

No. 570, Misc. FULTON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General Anderson, Beatrice Rosenberg* and *Theodore George Gilinsky* for the United States.

No. 646, Misc. BONDS *v.* REID, SUPERINTENDENT OF DISTRICT OF COLUMBIA JAIL, ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Edward J. Skeens* for petitioner. *Solicitor General Rankin, Assistant Attorney General White* and *Harold H. Greene* for respondents.

No. 657, Misc. CARRIGAN *v.* CALIFORNIA STATE LEGISLATURE ET AL. C. A. 9th Cir. Certiorari denied.

No. 660, Misc. LOTT *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.